# UNITED STATES COURT OF APPEALS

*——for the——*

### District of Columbia Circuit

|  |  |  |
|---|---|---|
| MAHTAB ARSANJANI | ) ) ) | |
| *Appellant*, | ) ) | |
| v. | ) ) | USCA Case No.: 23-5109 |
| UNITED STATES OF AMERICA and DISTRICT OF COLUMBIA, | ) ) ) ) | |
| *Appellees*. | ) ) | |

## LINE CONSENTING TO MAHTAB ARSANJANI'S MOTION FOR EXTENSION OF <u>TIME TO FILE OPPOSITION TO DISPOSITVE MOTIONS</u>

COMES NOW, Appellant, Mahtab Arsanjani, and states that she has obtained Appellees' consent to file her Motion for Extension of Time to File Opposition to Dispositive Motions. Accordingly, all parties consent to the requested relief.

Respectfully submitted,

**MAHTAB ARSANJANI.**

By: _____
Arren T. Waldrep, Esq.
arren@pricebenowitzlaw.com
USCA Bar No. 64581

*PRICE BENOWITZ, LLP*
409 7th Street NW
Suite 200
Washington, DC 20004
(202) 417-6000 (p)
(301) 244-6659 (f)
*Counsel for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 21st day of August 2023.

                                                    Arren T. Waldrep, Esq.
arren@pricebenowitzlaw.com
USCA Bar No. 64581

*PRICE BENOWITZ, LLP*
409 7th Street NW
Suite 200
Washington, DC 20004
(202) 417-6000 (p)
(301) 244-6659 (f)
*Counsel for Appellant*