# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5109**  **September Term, 2022**

**1:19-cv-01746-JEB**

**Filed On: August 25, 2023** [2014267]

Mahtab Arsanjani,

    Appellant

  v.

United States of America and District of Columbia,

    Appellees

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to respond to dispositive motions, it is

**ORDERED** that the motion for extension of time be granted. Appellant's responses are now due September 8, 2023.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                          BY:    /s/
                                        Catherine J. Lavender
                                        Deputy Clerk