NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-5109

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

MAHTAB ARSANJANI,
Appellant,

v.

UNITED STATES OF AMERICA;
DISTRICT OF COLUMBIA,
Appellees.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**CONSENT MOTION OF APPELLEE THE DISTRICT OF COLUMBIA
TO EXTEND TIME TO FILE ITS REPLY IN SUPPORT OF
MOTION FOR SUMMARY AFFIRMANCE**

The reply of appellee the District of Columbia in support of its motion for summary affirmance is currently due on September 15, 2023. Pursuant to Circuit Rule 27, the District respectfully moves for a 26-day extension of time, until October 11. All parties consent to this relief, and the United States requests that the deadline for its reply likewise be extended until October 11.

There is good cause for the requested extension. The District's Office of the Solicitor General continues to have a heavy workload, and the undersigned is

presently engaged in the press of other matters before the D.C. Court of Appeals, including *Carey v. Department of Licensing and Consumer Protection*, No. 23-CV-290 (DCCA) (response brief due September 14, 2023, extension motion until November 13, 2023 pending); *Yazam, Inc. d/b/a/ Empower v. D.C. Department of For-Hire Vehicles*, No. 21-AA-751 (DCCA) (argument scheduled for October 3, 2023); and *In re Celeste Riley*, No. 22-CM-995 (DCCA) (response brief due October 20, 2023). In addition, the undersigned has upcoming, previously scheduled leave from September 8th through the 18th, and will be out of the country during that time. Additional time is therefore necessary for the completion of the reply.

Accordingly, this Court should grant this motion, and extend the deadline for the District and the United States to file their replies until October 11, 2023.

September 2023

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

THAIS-LYN TRAYER
Deputy Solicitor General

/s/ Dia Rasinariu
DIA RASINARIU
Assistant Attorney General
Bar Number 1614383
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6512
(202) 741-0649 (fax)
dia.rasinariu@dc.gov

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the motion contains 223 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Dia Rasinariu
DIA RASINARIU