# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5109**                    **September Term, 2023**

**1:19-cv-01746-JEB**

**Filed On: September 13, 2023** [2016707]

Mahtab Arsanjani,

      Appellant

  v.

United States of America and District of
Columbia,

      Appellees

## O R D E R

    Upon consideration of the consent motion for extension of time to file reply in support of motion for summary affirmance, it is

    **ORDERED** that the motion for extension of time be granted.  Appellees' replies in support of their motions for summary affirmance are now due October 11, 2023.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

               BY:   /s/
                        Catherine J. Lavender
                        Deputy Clerk