# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-5109** | **September Term, 2023** |
| | 1:19-cv-01746-JEB |
| | Filed On: October 6, 2023 [2020712] |

Mahtab Arsanjani,

    Appellant

    v.

United States of America and District of Columbia,

    Appellees

## O R D E R

Upon consideration of the consent motion for extension of time to file replies in support of the motions for summary affirmance, it is

**ORDERED** that the motion for extension of time be granted. Appellees' replies are now due November 13, 2023.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                     BY:    /s/
                                Catherine J. Lavender
                                Deputy Clerk