# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5109**  September Term, 2023

1:19-cv-01746-JEB

Filed On: November 9, 2023 [2026065]

Mahtab Arsanjani,

    Appellant

  v.

United States of America and District of Columbia,

    Appellees

## O R D E R

Upon consideration of the motion for extension of time to file replies in support of the motions for summary affirmance, it is

**ORDERED** that the motion for extension of time be granted. Appellees' replies are now due December 8, 2023.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                BY:    /s/
                                    Catherine J. Lavender
                                    Deputy Clerk