# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 23-5109
2. DATE DOCKETED: 05-15-2023
3. CASE NAME (lead parties only) Mahtab Arsanjani v. United States of America, et al.
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:19-cv-01746-JEB     Bankruptcy Court Docket No.     Tax Court Docket No.
      Criminal                           Bankruptcy                      Tax
      Miscellaneous                      Adversary
                                         Ancillary
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge James E. Boasberg          Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 05-03-2023   e. Date notice of appeal filed: 05-15-2023
   f. Has any other notice of appeal been filed in this case?  ○ Yes ⦿ No  If YES, date filed:
   g. Are any motions currently pending in trial court?  ○ Yes ⦿ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ○ Yes ⦿ No
      If NO, why not?  No transcripts are necessary for this appeal as the case was decided on the pleadings.
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal #  ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ⦿ No If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?  ○ Yes ⦿ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ⦿ No  If so, provide program name and participation dates

Signature /s/                                Date  05-16-2023
Name of Party  Mahtab Arsanjani
Name of Counsel for Appellant/Petitioner  Arren T. Waldrep, Esq.
Address  Price Benowitz, LLP, 409 7th St. NW, Suite 200, Washington, DC 20004
Phone ( 202 ) 417-6015    Fax ( 301 ) 244-6659

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 14th day of June 2023.

*[signature]*

Arren T. Waldrep, Esq.
arren@pricebenowitzlaw.com
USCA Bar No. 64581
*PRICE BENOWITZ, LLP*
409 7th Street NW, Suite 200
Washington, DC 20004
(202) 417-6000 (p)
(301) 244-6659 (f)
*Counsel for Appellant*