UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-5109
(C.A. No. 19-1746)

MAHTAB ARSANJANI,                                                                                             Appellant,

v.

UNITED STATES OF AMERICA, et al.,                                         Appellees.

### APPELLEE UNITED STATES OF AMERICA'S CERTIFICATE OF COUNSEL AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's May 15, 2023 Order and Circuit Rule 28(a)(1), counsel for Appellee United States of America files this certificate as to parties, rulings, and related cases.

### I. Parties

The appellant is Mahtab Arsanjani, who was the plaintiff in the District Court.

The appellees, identified as defendants below, are: (a) the United States of America; and (b) the District of Columbia.

There was no amicus curiae.

### II. Rulings Under Review

At issue in this appeal is the Honorable James E. Boasberg's May 3, 2023, Order and Memorandum Opinion, granting the defendants' motions for summary judgment and defendant United States of America's motion to strike.

## III. Related Cases

This case has not previously been before this Court. Undersigned counsel is not currently aware of any pending related cases.

                                      MATTHEW M. GRAVES
                                      United States Attorney

                                      BRIAN P. HUDAK
                                      JANE M. LYONS
                                      Assistant United States Attorneys

                                      */s/ Stephanie R. Johnson*
                                      STEPHANIE R. JOHNSON
                                      Assistant United States Attorney
                                      Civil Division
                                      601 D Street, N.W.
                                      Washington, D.C. 20001
                                      (202) 252-7874
                                      stephanie.johnson5@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June, 2023, I have caused the foregoing Federal Appellee's Certificate of Counsel as to Parties, Rulings, and Related Cases and Entry of Appearance to be served on the parties' counsel by filing the Certificate on the Court's CM/ECF system. Counsel are registered users.

>  */s/ Stephanie R. Johnson*
> STEPHANIE R. JOHNSON
> Assistant United States Attorney