# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Mahtab Arsanjani

**v.**

United States of America;
District of Columbia

**Case No:** 23-5109

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

District of Columbia

### Counsel Information

**Lead Counsel:** Dia Rasinariu

**Direct Phone:** ( 202 ) 724-6512  **Fax:** ( 202 ) 741-0649  **Email:** dia.rasinariu@dc.gov

**2nd Counsel:** Thais-Lyn Trayer

**Direct Phone:** ( 202 ) 788-2076  **Fax:** ( 202 ) 741-0649  **Email:** thais-lyn.trayer@dc.gov

**3rd Counsel:** Ashwin P. Phatak

**Direct Phone:** ( 202 ) 805-7426  **Fax:** ( 202 ) 741-0649  **Email:** ashwin.phatak@dc.gov

**Firm Name:** Office of the Attorney General for the District of Columbia

**Firm Address:** 400 6th Street, NW, Suite 8100, Washington, D.C. 20001

**Firm Phone:** ( 202 ) 727-3400  **Fax:** ( ___ ) _____  **Email:** oag@dc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)