NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-5109

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

MAHTAB ARSANJANI,
APPELLANT,

v.

UNITED STATES OF AMERICA;
DISTRICT OF COLUMBIA,
APPELLEES.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLEE THE DISTRICT OF COLUMBIA'S
CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Appellee the District of Columbia submits the following information in accordance with D.C. Cir. R. 28(a)(1):

A.    *Parties and amici.*—Mahtab Arsanjani was the plaintiff below and is the appellant here.  The United States of America and the District of Columbia were the defendants below and are the appellees here.  No intervenors or amici appeared below or have appeared in this Court.

B.    *Rulings under review.*—The appellant appeals U.S. District Judge James E. Boasberg's May 3, 2023 order and memorandum opinion (ECF Nos. 53 &

54) granting summary judgment in favor of defendants and granting the United

States of America's motion to strike.

C.    *Related cases*.—This case has not previously been before this Court,

and undersigned counsel is unaware of any related cases pending in this Court or in

any other court.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

THAIS-LYN TRAYER
Deputy Solicitor General

/s/ Dia Rasinariu
DIA RASINARIU
Assistant Attorney General
Bar Number 1614383
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6512
(202) 741-0649 (fax)
dia.rasinariu@dc.gov

June 2023