# UNITED STATES COURT OF APPEALS

——*for the*——

## District of Columbia Circuit

|  |  |  |
|---|---|---|
| MAHTAB ARSANJANI | ) | |
| *Appellant,* | ) | |
| v. | ) | USCA Case No.: 23-5109 |
| UNITED STATES OF AMERICA and DISTRICT OF COLUMBIA, | ) | |
| *Appellees.* | ) | |

### STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Pursuant to Federal Rule of Appellate Procedure 30(c), D.C. Circuit Rule 30(c), and the Clerk's Order of May 15, 2023, Appellant, Mahtab Arsanjani, states that she has agreed with Appellees, the District of Columbia and the United States of America, to utilize a deferred joint appendix.

        Respectfully submitted,

        **MAHTAB ARSANJANI**.

By:    _____
        Arren T. Waldrep, Esq.
        arren@pricebenowitzlaw.com
        USCA Bar No. 64581
        *PRICE BENOWITZ, LLP*
        409 7th Street NW, Suite 200
        Washington, DC 20004
        (202) 417-6000 (p)
        (301) 244-6659 (f)
        *Counsel for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 15th day of June 2023.

/s/ Arren T. Waldrep

Arren T. Waldrep, Esq.
arren@pricebenowitzlaw.com
USCA Bar No. 64581
*PRICE BENOWITZ, LLP*
409 7th Street NW, Suite 200
Washington, DC 20004
(202) 417-6000 (p)
(301) 244-6659 (f)
*Counsel for Appellant*
