# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-5109**             **September Term, 2022**

**1:19-cv-01746-JEB**

**Filed On: June 26, 2023** [2005098]

Mahtab Arsanjani,

    Appellant

  v.

United States of America and District of Columbia,

    Appellees

### O R D E R

Upon consideration of the unopposed motion for extension of time to file dispositive motions, it is

**ORDERED** that the motion for extension of time be granted. Any dispositive motions are now due August 7, 2023.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Catherine J. Lavender
Deputy Clerk